IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:07CR105**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| CHARLES A. JOYNER | ) | |

**THIS MATTER** is before the Court on Defendant's appeal of his conviction and sentence entered by the Magistrate Judge on November 20, 2007.

**IT IS, THEREFORE, ORDERED** that the Defendant shall file brief on appeal on or before 30 days from service of this Order and the Government shall file a brief in response thereto on or before 30 days after service of the Defendant's brief.

Signed: December 5, 2007

Lacy H. Thornburg
United States District Judge